UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

Cheryl A. Vuolo
24 Capeview St.
Fairhaven, MA 02719
PLAINTIFF

04-11031

Referred to MJ RB Collings

v.

GOV. MITT ROMNEY Et. AL.
COMMONWEALTH OF MASSACHUSETTS
ELECTRONIC MONITORING AND IMAGING COMPANIES
ASSOCIATED TECHNOLOGY Companies
DEFENDANTS.

# COMPLAINT

## Parties

1. The plaintiff is a resident of Fairhaven, Bristol County Massachusetts and a citizen of the United States.

2. The defendants are Governor of Massachusetts MITT ROMNEY Et. AL, Commonwealth of MASSACHUSETTS AND THE FEDERAL GOVERNMENT.

3. The defendant MITT ROMNEY is a resident of Assumed to be Boston and a citizen of the United States. Discovery should Lead to Additional Defendants who may live in various counties, individuals, companies, corporations and the United States government.

## Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332

5. On or about 1996 I reported my life in danger to Chancellor Dr. Peter Cressy

6. On or about 7/98 I FILED SUIT Against Dr. Cressy, Dr. Dars and the Board of Trustees of the University of Massachusetts. 98-3587C. DISMISSED FAILURE TO PROSECUTE DUE TO GOVERNMENT INTERFERENCE 9/24/03. DEFENDENT DR. Cressy HAD BEEN REMOVED. NOTICE OF INTENT to APPEAL FILED GOV. INTERFERENCE 10/24/03

7. On or about 3/25 - 3/27/01 I called the governor's office from Hasbro Hospital where my son w/ Lukemia (B. Lymphatic) was hospitalized. I asked FOR AN INVESTIGATION INTO THE Courts IN New Bedford Ma. Juvenille, w/ FAIR HAVEN School SYSTEM, AFTER THEY MADE DAUGHTER school phobic.

8. As a result an electronic monitoring and Imaging system was applied to me, PRIOR I HAD BEEN EXPOSED TO SOME IMAGING IN RETROSPECT.

9. On or about 3/5/02 - 3/11, 3/11 - 14 AFTER A 3/12/02 incident the system became DIRECTLY INTERACTIVE.

10. On or about 6/5/02 thru 8/5/02 There was a switchover to abusive family members as well as others to present.

11. FOR EXCERSING FREEDom of Speech PARENTAL RIGHTS INTERFERED WITH.

12. Ex-husband to be "I can make you live in shit" government letting him excerise "greed and Revenge" FOR TELLING TRUTH of MY LIFE

31. CONSPIRACY to RAPE, STEAL Legal RIGHTS OF MINE, FINANCIAL LAWSUITS

32. DISPARAGEMENT AND ~~~~ IDENTITY THEFT

33. GENDER DISCRIMINATION IN COURTS

34. LAWS SELECTIVELY OR DIFFERENTIALLY ENFORCED.

35. INTERFERENCE WITH MY PURSUIT OF HAPPINESS.

36. INTERFERENCE WITH MY ABILITY to SEEK REIMBURSEMENTS FROM THE AMERICAN ASSOCIATION OF UNIVERSITY WOMEN who support MY CASE AGAINST THE UNIVERSITY OF MASSACHUSETTS AND INTERFERENCE WITH MY REPORTING REQUIREMENTS TO MAINTAIN LABOR ~~~~ LEGAL GRANT

37. PUBLIC humiliation over a broadcast SYSTEM IN BOSTON OVER WHICH William Bulger stated "WE KNOW YOU DID NOT DESERVE what WE DID TO YOU" and "where is YOUR Peter Cressy Now"

38. LACK OF HEAT, SEWAGE, TELEPHONE INTERFERED with including USE OF public telephones TO AVAIL SELF OF ABUSE.

39. Domestic violence by government and others violating court order to EXCLUSIVE USE OF property.

40. USE OF AIR WAVES under FCC for harrasment SEXUAL ABUSE, humiliation FAILURE when requested to cease and DESIST

41. threats of IMPRISIONMENT INDICAITING A predetermined outcome thereby eliminating ANY Right to a FAIR TRIAL.

42. imaged violence to ~~Frvi~~ ~~witness~~ ~~Referenc~~ domestic violence.
43. INTERFERENCE with parental rights including interference with and failure to provide court appointed legal representation. court appointed attorney has not attended one meeting with DSS
44. imaged by tony's Adultress Tammie Boucher
45. INTERFERENCE WITH LEGAL REPRESENTATION.
46. AFTER FILING SEX ABUSE complaints attempts to frame me for them.
47. ALL CIVIL RIGHTS VIOLATIONS AS IDENTIFIED thru review of ALL RECORDS weather kept by

    US Attorney
    US Dept. of Defense
    UN Security Counsel
    Human Services
    Governor's OFFICE
    U.S. Presidents OFFICE
    Private medical Agencies who use this type of system for medical treatment (Forced)

48. AS WELL AS EXTENTION AS REQUIRED OF ANY AND ALL STATUTES OF LIMITATIONS SINCE ITS application to ME.
49. ATTORNEY AND OR FEDERAL PROSECUTOR appointed to identify and pursue ALL Rights during the time systems were applied to me.