UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHERYL VUOLO,
    Plaintiff,

Civil Action No. 04-11031-RWZ

v.

MITT ROMNEY, et al.,
    Defendants.

### ORDER OF DISMISSAL

ZOBEL, D.J.,

In accordance with this Court's order dated May 27, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Marjorie E. Lanier
Deputy Clerk

Date 6/21/04

(Vuolo Notice of Dismissal Form.wpd - 12/98)
[odism.]